UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID LANCE,

    Plaintiff,

v.                                    Case No: 2:17-cv-638-FtM-99MRM

DRIVETIME AUTOMOTIVE GROUP,
INC. and BRIDGECREST CREDIT
COMPANY, LLC,

    Defendants.

## **OPINION AND ORDER**[1]

This matter comes before the Court on Defendants Drivetime Automotive Group, Inc. and Bridgecrest Credit Company, LLC's Unopposed Motion to Stay Proceedings and Compel Arbitration. (Doc. 16). The parties agree that Plaintiff David Lance's claims against Defendants are subject to a valid arbitration agreement and that this case should be referred to arbitration. Upon consideration of the record and applicable law, the Court will compel arbitration and stay this case.

Accordingly, it is now **ORDERED:**

(1) Defendants Drivetime Automotive Group, Inc. and Bridgecrest Credit Company, LLC's Unopposed Motion to Stay Proceedings and Compel Arbitration (Doc. 16) is **GRANTED**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) All proceedings in this case are **STAYED** until the parties advise the Court that arbitration has been completed and that the stay is due to be lifted or the case is due to be dismissed. The parties must notify the Court of such matters within **seven (7) days** of the arbitration proceedings concluding.

(3) The parties are **DIRECTED** to file a joint report regarding the status of arbitration on or before **April 2, 2018**, and every ninety (90) days thereafter until the conclusion of arbitration.

(4) The Clerk is **DIRECTED** to add a stay flag.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of December 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record